IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF COLORADO

Civil Action No. 10-cv-0116-REB-CBS

CHARLES SCHMIER,
     Plaintiff,
v.

ASSET ACCEPTANCE LLC,
     Defendant.

_____

ORDER
_____

Magistrate Judge Craig B. Shaffer

This civil action comes before the court on Plaintiff Mr. Schmier's 5-line letter requesting "the Court to grant a mot[ion] to al[l]ow for the court to serve Asset Acceptance . . . ." (filed January 20, 2010) (doc. # 2) (docketed by the Clerk of the Court as "Motion for Service").  Pursuant to the Order of Reference dated January 21, 2010 (doc. # 3) and the memorandum dated January 21, 2010 (doc. # 4), this matter was referred to the Magistrate Judge.  The court has reviewed the matter, the entire case file, and the applicable law and is sufficiently advised in the premises.

Mr. Schmier is not proceeding *in forma pauperis* pursuant to 28 U.S.C. § 1915 (*see* doc. # 1-3 (receipt for $350.00 filing fee paid)), nor is he incarcerated.  Mr. Schmier resides in Colorado Springs, Colorado.  (*See* Complaint (doc. # 1) at p. 5 of 14).  Other than a general reference to "fin[ancial] problems," Mr. Schmier has not demonstrated that he is subject to any limitations in his ability to effect service on the Defendant.  For these reasons, the court declines to request the U.S. Marshal to effect

1

service.  Accordingly, IT IS ORDERED that:

1.     Plaintiff Mr. Schmier's letter requesting "the Court to grant a mot[ion] to

al[l]ow for the court to serve Asset Acceptance . . . ." (filed January 20, 2010) (doc. # 2)

(docketed by the Clerk of the Court as "Motion for Service") is DENIED.

2.     Mr. Schmier is reminded that pursuant to Fed. R. Civ. P. 4(m),

"If a defendant is not served within 120 days after the complaint is filed,
the court -- on motion or on its own after notice to the plaintiff -- must
dismiss the action without prejudice against that defendant or order that
service be made within a specified time.  But if the plaintiff shows good
cause for the failure, the court must extend the time for service for an
appropriate period. . . .

DATED at Denver, Colorado, this 22nd day of January, 2010.

BY THE COURT:


 s/Craig B. Shaffer
United States Magistrate Judge