IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF COLORADO

Civil Action No. 10-CV-00116-REB-CBS

CHARLES SCHMIER,

       Plaintiff,

v.

ASSET ACCEPTANCE, LLC,

       Defendant.

---

### NOTICE OF SETTLEMENT

---

COME NOW the Plaintiff, Charles Schmier, *pro se*, and Defendant, Asset Acceptance, LLC, by and through its counsel, Adam L. Plotkin, P.C., and for their Notice of Settlement, hereby state:

1.      The Plaintiff and Defendant have reached a settlement.

2.      The parties will be filing a Stipulation of Dismissal with Prejudice once the settlement documents have been executed by the parties and the settlement terms have been completed by the parties.  The parties expect this to happen by April 23, 2010.

Dated: April 2, 2010.

Respectfully submitted,

s/Charles Schmier                               s/Steven J. Wienczkowski

_____                **_____**

Charles Schmier                                  **Steven J. Wienczkowski**
350 N. Murray, Apt. 307                 621 Seventeenth Street, Suite 1800
Colorado Springs, Colorado            Denver, Colorado 80293
Telephone: (719) 201-8395            Telephone: (303) 296-3566
Email:topgun1974@hotmail.com      E-mail: swienczkowski@alp-pc.com
Plaintiff                                       Attorneys for Defendant