IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF COLORADO
Judge Robert E. Blackburn

Civil Case No. 10-cv-00116-REB-CBS

CHARLES SCHMIER,

    Plaintiff,

v.

ASSET ACCEPTANCE LLC,

    Defendant.

## ORDER OF DISMISSAL

**Blackburn, J.**

    The matter before me is plaintiff's **Motion For Dismissal** [#23] filed April 21, 2010. After reviewing the motion and the file, I conclude that the motion should be granted and that this action should be dismissed with prejudice.

    **THEREFORE, IT IS ORDERED** as follows:

    1. That plaintiff's **Motion For Dismissal** [#23] filed April 21, 2010, is **GRANTED**; and

    2. That this action is **DISMISSED** with prejudice.

    Dated April 21, 2010, at Denver, Colorado.

    BY THE COURT:

    *Bob Blackburn*
    Robert E. Blackburn
    United States District Judge